Kenneth Lee HOLBERT, Jr., Plaintiff–Appellant,

v.

GREENVILLE TECHNICAL COLLEGE, Defendant–Appellee.

No. 16-1031

United States Court of Appeals, Fourth Circuit.

Submitted: September 29, 2016

Decided: October 3, 2016

Kenneth L. Holbert, Jr., Appellant Pro Se. Kenneth A. Davis, Shawn Davis Eubanks, BOYKIN DAVIS & SMILEY, LLC, Columbia, South Carolina, for Appellee.

Before SHEDD, KEENAN, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Lee Holbert, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Holbert v. Greenville Tech. Coll., No. 6:15–cv–

04615–HMH, 2015 WL 9997205 (D.S.C. Dec. 9, 2015). We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED